**Order entered March 8, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01057-CR

### ROY OLIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-18595-V**

## ORDER

Before the Court is appellant's March 5, 2019 second motion for extension of the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **April 8, 2019**. If appellant's brief is not filed by April 8, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

The clerk's record filed in this appeal does not contain copies of the jury instructions and verdicts on both the guilt/innocence and punishment phases of trial. Therefore, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the guilt/innocence and punishment phase jury instructions and verdicts.

We **DIRECT** the Clerk to transmit a copy of this order to Felicia Pitre, Dallas County District Clerk; and to counsel for the parties.

/s/     BILL PEDERSEN, III
        JUSTICE